TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00064-CR

NO. 03-97-00065-CR

Jammie Wright, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT

NOS. 0963685 & 0963687, HONORABLE LARRY FULLER, JUDGE PRESIDING

PER CURIAM

Appellant pleaded guilty to indictments accusing him of robbery and aggravated robbery. 
Tex. Penal Code Ann. §§ 29.02, 29.03 (West 1994). The district court adjudged him guilty in both causes
and, pursuant to plea bargains, assessed terms of imprisonment of eight and twelve years. Appellant filed
general notices of appeal, and therefore may contest only jurisdictional issues and the voluntariness of his
pleas. Flowers v. State, 935 S.W.2d 131, 134 (Tex. Crim. App. 1996).

Appellant's court-appointed attorney filed a brief concluding that the appeals are frivolous
and without merit. The brief meets the requirements of Anders v. California, 386 U.S. 738 (1967), by
presenting a professional evaluation of the records demonstrating why there are no arguable grounds to be
advanced. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d
553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of
counsel's brief was delivered to appellant, and appellant was advised of his right to examine the appellate
records and to file a pro se brief. No pro se brief has been filed.

In light of the frivolous appeal brief, we have examined the records and find no basis for
challenging the district court's jurisdiction. Further, the records reflect that appellant's decision to plead
guilty was freely and knowingly made.

The judgments of conviction are affirmed.

Before Justices Powers, Jones and Kidd

Affirmed

Filed: August 14, 1997

Do Not Publish